1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   CALVIN TRUONG

6

7             IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-00342-MCE |
| PLAINTIFF, ) | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, FEBRUARY 19, 2009 |
| v. ) | |
| THAU CAM, et al., ) | |
| DEFENDANTS. ) | |
| _____) | |

   Plaintiff United States of America, by its counsel, Assistant United States Attorneys, Ms. Jill M. Thomas,  defendant THAU CAM by his attorney Mr. Matthew C. Bockmon,  defendant BANG TANG,  by his attorney Mr. Scott L. Tedmon, defendant TAN TO,  by his  attorney Mr. Hayes H. Gable, III, defendant VINH VO, by his attorney, Mr. Steven D. Bauer, defendant TIM TUYEN, by his attorney, Mr. Thomas A. Johnson, defendant, ARTHUR LO, by his attorney, Mr. Mark J. Reichel, defendant VINCENT KAN, by his attorney Mr. Garrick S. Lew, defendant QUINTILIAN HUYNH, by his attorney, Mr. Peter Kmeto, defendant PETER TRUONG, by his attorney, Ms. Krista Hart, defendant REUTHA YUN, by her attorney Mr. J. Toney and defendant CALVIN TRUONG,  by his attorney James R. Greiner, hereby stipulate and agree that the status conference calendared for Thursday,

                                    1

1  December 4, 2008, at 9:00 a.m. before the Honorable United States District Court
2  Judge, Morrison C. England, Jr., may be continued to Thursday, February 19, 2009, at
3  9:00 a.m..
4       The Court's courtroom relief deputy, Ms. Casey Schultz, was contacted about
5  the date of Thursday, February 19, 2009, and the Court is available on that date.
6       Only two defendants are in custody, Arthur Lo and Vinh Vo.
7       All the parties agree and stipulate that time under the Speedy Trial Act can and
8  shall be excluded from Thursday, December 4, 2008, to Thursday, February 19, 2009,
9  under both local codes T-2, which corresponds to Title 18 U.S.C. section
10 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section
11 3161(h)(8)(B)(iv), in that under local code T-2, which corresponds to Title 18 U.S.C.
12 section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of
13 defendants, a total of eleven (11), the nature of the prosecution (the case involves
14 multiple jurisdictions and the case involves telephone wire taps), and/or the existence
15 of novel questions of fact or law, that it is unreasonable to expect adequate preparation
16 for pretrial proceedings or the trial it-self within the time limits established by the
17 Speedy Trial Act, and in addition, all the parties agree and stipulate that time under the
18 Speedy Trial Act can and shall be excluded under Local Code T-4, which corresponds
19 to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be excluded  for the
20 reasonable time necessary for effective preparation by all defense counsel (the case
21 involves eleven (11) total defendants; the case involves multiple jurisdictions and the
22 case involves telephone wiretaps).
23
24                    **PROCEDURAL STATUS OF THE CASE**
25       On July 14, 2008, the government filed a complaint against eleven (11)
26 defendants. (See Docket Entry # 1).
27       On July 16, 2008, all eleven (11) defendants made their first appearance. (See
28
                                            2

1  Docket Entry #2)

2       On July 24, 2008, the government filed an Indictment charging all eleven (11)
3  defendants with various Conspiracy charges for distribution and/or possession of
4  various illegal drugs. (See Docket Entry # 24)

5       On July 30, 2008, all the defendants except defendant Vinh Vo were arraigned
6  on the Indictment, all defendants entered not guilty pleas and demanded a jury trial and
7  time under the Speedy Trial Act was excluded under Local Codes  T-2, which
8  corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds
9  to Title 18 U.S.C. section 3161(h)(8)(B)(iv), except as to defendant Arthur Lo who
10 only had time excluded under Local Code   T-4, which corresponds to Title 18 U.S.C.
11 section 3161(h)(8)(B)(iv), with a status conference set before the District Court at 8:30
12 a.m., on August 26, 2008, before the Honorable Judge Mendez. (See Docket Entry #
13 53)

14      On August 5, 2008, the case was reassigned to the Honorable United States
15 District Court Judge Morrison C. England, Jr., and vacating the status conference set
16 for August 26, 2008. (See Docket Entry #60)

17      On August 8, 2008, defendant Vinh Vo was arraigned on the Indictment. (See
18 Docket Entry # 65)

19      On August 8, 2008, the Court issued a Minute Order resetting the status
20 conference to August 28, 2008, at 9:00 a.m., before the Honorable District Court Judge
21 Morrison C. England, Jr.. (See Minute Order between Docket Entries # 66 and 67)

22      On August 28, 2008, the status conference was held and a further status
23 conference was scheduled for Thursday, December 4, 2008, at 9:00 a.m., with time
24 under the Speedy Trial Act being excluded to and including Thursday, December 4,
25 2008, under both local codes T-2, which corresponds to Title 18 U.S.C. section
26 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section
27 3161(h)(8)(B)(iv), in that local code T-2, which corresponds to Title 18 U.S.C. section

28

1  3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of
2  defendants, a total of eleven (11), the nature of the prosecution (the case involves
3  multiple jurisdictions and the case involves telephone wire taps), and/or the existence
4  of novel questions of fact or law, that it is unreasonable to expect adequate preparation
5  for pretrial proceedings or the trial it-self within the time limits established by the
6  Speedy Trial Act, and in addition, all the parties agree and stipulate that time under the
7  Speedy Trial Act can and shall be excluded under Local Code T-4, which corresponds
8  to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be excluded  for the
9  reasonable time necessary for effective preparation by all defense counsel (the case
10 involves eleven (11) total defendants; the case involves multiple jurisdictions and the
11 case involves telephone wiretaps).
12         On September 4, 2008, the government filed a Superceding Indictment. (See
13 Docket Entry # 92)
14         On October 7, 2008, all the defendants were arraigned on the Superceding
15 Indictment. (See Docket Entry # 96)

## DISCOVERY STATUS

18        To date the government has provided the defense with the following discovery:
19              1-Hard copy discovery also on a CD;
20              2- 12 CD's of telephone calls (over approximately 850 recorded telephone
21 calls) and DVD's of various businesses with surveillance cameras, both during the day
22 and night and from both inside the business and outside the business, all of varying
23 lengths in time (ranging from 4:32 seconds to almost 55 minutes, and times in
24 between).
25        Based on the foregoing, all the parties agree to continue the status conference
26 from Thursday, December 4, 2008, to Thursday, February 19, 2009, and with time
27 under the Speedy Trial Act being excluded to and including Thursday, December 4,

1  2008, under both local codes T-2, which corresponds to Title 18 U.S.C. section
2  3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section
3  3161(h)(8)(B)(iv), in that local code T-2, which corresponds to Title 18 U.S.C. section
4  3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of
5  defendants, a total of eleven (11), the nature of the prosecution (the case involves
6  multiple jurisdictions and the case involves telephone wire taps), and/or the existence
7  of novel questions of fact or law, that it is unreasonable to expect adequate preparation
8  for pretrial proceedings or the trial it-self within the time limits established by the
9  Speedy Trial Act, and in addition, all the parties agree and stipulate that time under the
10 Speedy Trial Act can and shall be excluded under Local Code T-4, which corresponds
11 to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be excluded for the
12 reasonable time necessary for effective preparation by all defense counsel (the case
13 involves eleven (11) total defendants; the case involves multiple jurisdictions and the
14 case involves telephone wiretaps).

    Respectfully submitted,

    McGREGOR W. SCOTT
    UNITED STATES ATTORNEY

    /s/ Jill M. Thomas by e mail authorization

DATED: 12-1-08
    _____
    Jill M. Thomas
    ASSISTANT UNITED STATES ATTORNEY
    ATTORNEY FOR THE PLAINTIFF

DATED: 12-1-08
    /s/ Matthew C. Bockmon by e mail authorization
    _____
    Matthew C. Bockmon
    Attorney for Defendant
    THAU CAM

DATED: 12-1-08       /s/ Scott Tedmon by e mail authorization
    _____
    Scott Tedmon
    Attorney for Defendant
    BANG TANG

5

| | | |
|---|---|---|
| 1 | DATED: 12-1-08 | /s/ Hayes H. Gable, III by e mail authorization |
| 2 | | _____ |
| | | Hayes H. Gable, III |
| | | Attorney for Defendant |
| 3 | | TAN TO |
| 4 | DATED: 12-1-08 | /s/ Steven D. Bauer by e mail authorization |
| 5 | | _____ |
| | | Steven D. Bauer |
| | | Attorney for Defendant |
| 6 | | VINH VO |
| 7 | DATED: 12-1-08 | /s/ Thomas A. Johnson by e mail authorization |
| 8 | | _____ |
| | | Thomas A. Johnson |
| | | Attorney for Defendant |
| 9 | | TIM TUYEN |
| 10 | DATED: 12-1-08 | /s/ Mark J. Reichel by e mail authorization |
| 11 | | _____ |
| | | Mark J. Reichel |
| | | Attorney for Defendant |
| 12 | | ARTHUR LO |
| 13 | DATED: 12-1-08 | /s/ Garrick S. Lew by e mail authorization |
| 14 | | _____ |
| | | Garrick S. Lew |
| | | Attorney for Defendant |
| 15 | | VINCENT KAN |
| 16 | DATED: 12-1-08 | /s/ Peter Kmeto by e mail authorization |
| 17 | | _____ |
| | | Peter Kmeto |
| | | Attorney for Defendant |
| 18 | | QUINTILIAN HUYNH |
| 19 | DATED: 12-1-08 | /s/ Krista Hart by e mail authorization |
| 20 | | _____ |
| | | Krista Hart |
| | | Attorney for Defendant |
| 21 | | PETER TRUONG |
| 22 | DATED: 12-1-08 | /s/ J. Toney by e mail authorization |
| 23 | | _____ |
| | | J. Toney |
| | | Attorney for Defendant |
| 24 | | REUTHA YU |
| 25 | DATED: 12-1-08 | /s/ James R. Greiner |
| 26 | | _____ |
| | | James R. Greiner |
| | | Attorney for Defendant |
| 27 | | CALVIN TRUONG |
| 28 | | |

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: December 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE