UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cv-03063-MCE-DAD |
|     Plaintiff, | |
|   v. | |
| APPROXIMATELY $21,343.00 IN U.S. CURRENCY; 2006 LEXUS GX470, VIN: JTJBT20X160112420, CALIFORNIA LICENSE PLATE NUMBER: 5TMF645; and 2008 DUCATI MOTORCYCLE MONSTER 695, VIN: ZDM1RADM38B109439, CALIFORNIA LICENSE PLATE NUMBER: 19C2435, | **RELATED CASE ORDER** |
|     Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:08-cv-03130-FCD-GGH |
|     Plaintiff, | |
|   v. | |
| 2005 HONDA ACCORD-V6, VIN: 1HGCM82685A005662, CALIFORNIA LICENSE PLATE NUMBER: 5NLG520, | |
|     Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:08-cr-00342-MCE |
|     Plaintiff, | |
|   v. | |
| THAU BENH CAM, et al., | |
|     Defendants. | |

1	Examination of the above-entitled civil and criminal actions
2	reveals that these actions are related within the meaning of
3	Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many
4	of the same defendants and are based on the same or similar
5	claims, the same property transaction or event, similar questions
6	of fact and the same questions of law, and would therefore entail
7	a substantial duplication of labor if heard by different judges.
8	Accordingly, the assignment of the matters to the same judge is
9	likely to effect a substantial savings of judicial effort and is
10	also likely to be convenient for the parties.
11	    The parties should be aware that relating the cases under
12	Local Rule 83-123 merely has the result that the actions are
13	assigned to the same judge; no consolidation of the action is
14	effected.  Under the regular practice of this court, related
15	cases are generally assigned to the district judge and magistrate
16	judge to whom the first filed action was assigned.
17	    IT IS THEREFORE ORDERED that the actions denominated  2:08-
18	cv-03130-FCD-GGH, <u>United States of America v. 2005 Honda Accord-</u>
19	<u>V6, VIN: 1HGCM82685A005662, California License Plate Number:</u>
20	<u>5NLG520</u> and  2:08-cr-00342-MCE, <u>United States of America v. Thau</u>
21	<u>Benh Cam, et al</u>. are reassigned to Judge Morrison C. England, Jr.
22	and Dale A. Drozd for all further proceedings, and any dates
23	currently set in these reassigned cases only are hereby VACATED.
24	The parties are referred to the attached Order Requiring Joint
25	Status Report.  Henceforth, the caption on documents filed in the
26	reassigned cases shall be shown as  2:08-cv-03130-MCE-DAD and
27	**2:08-cr-00342-MCE.**
28	///

1  IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4  IT IS SO ORDERED.

Dated: January 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3