1   **JAMES R. GREINER, ESQ.**
    CALIFORNIA STATE BAR NUMBER 123357
2   **LAW OFFICES OF JAMES R. GREINER**
    555 UNIVERSITY AVENUE, SUITE 290
3   SACRAMENTO, CALIFORNIA 95825
    TELEPHONE: (916) 649-2006
4   FAX: (916) 920-7951

5   ATTORNEY FOR DEFENDANT
    CALVIN TRUONG

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,        )       2:08-cr-00342-MCE
10
            PLAINTIFF,               )       STIPULATION AND
11                                   )       ORDER TO CONTINUE THE
            v.                       )       STATUS CONFERENCE TO
12                                   )       THURSDAY, MAY 21, 2009
    THAU CAM, et al.,                )
13                                   )
                                     )
14                                   )
                                     )
15          DEFENDANTS.              )
                                     )
16   _____)

17        Plaintiff United States of America, by its counsel, Assistant United States

18   Attorneys, Ms. Jill M. Thomas,  defendant THAU CAM by his attorney Mr. Matthew

19   C. Bockmon,  defendant BANG TANG,  by his attorney Mr. Scott L. Tedmon,

20   defendant TAN TO,  by his  attorney Mr. Hayes H. Gable, III, defendant VINH VO,

21   by his attorney, Mr. Steven D. Bauer, defendant TIM TUYEN, by his attorney, Mr.

22   Thomas A. Johnson, defendant, ARTHUR LO, by his attorney, Mr. Mark J. Reichel,

23   defendant VINCENT KAN, by his attorney Mr. Garrick S. Lew, defendant

24   QUINTILIAN HUYNH, by his attorney, Mr. Peter Kmeto, defendant PETER

25   TRUONG, by his attorney, Ms. Krista Hart, defendant REUTHA YUN, by her

26   attorney Mr. J. Toney and defendant CALVIN TRUONG,  by his attorney James R.

27   Greiner, hereby stipulate and agree that the status conference calendared for

28                                       1

1  **Thursday, February 19, 2009, at 9:00 a.m.** before the Honorable United States

2  District Court Judge, Morrison C. England, Jr., may be continued to **Thursday,**

3  **May 21, 2009, at 9:00 a.m.**.

4       The Court's courtroom deputy, Ms. Stephanie Deutsch , was contacted about

5  the date of Thursday, May 21, 2009, and the Court is available on that date.

6       Only two defendants are in custody, Arthur Lo and Vinh Vo.

7       All the parties agree and stipulate that time under the Speedy Trial Act can and

8  shall be excluded from Thursday, December 4, 2008, to Thursday, February 19, 2009,

9  under both local codes T-2, which corresponds to Title 18 U.S.C. section

10  3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section

11  3161(h)(8)(B)(iv), in that under local code T-2, which corresponds to Title 18 U.S.C.

12  section 3161(h)(8)(B)(ii), this case is so unusual or so complex**,** due to the number of

13  defendants, a total of eleven (11), the nature of the prosecution (the case involves

14  multiple jurisdictions and the case involves telephone wire taps), and/or the existence

15  of novel questions of fact or law, that it is unreasonable to expect adequate

16  preparation for pretrial proceedings or the trial it-self within the time limits

17  established by the Speedy Trial Act, and in addition, all the parties agree and stipulate

18  that time under the Speedy Trial Act can and shall be excluded under Local Code T-4,

19  which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be

20  excluded  for the reasonable time necessary for effective preparation by all defense

21  counsel (the case involves eleven (11) total defendants; the case involves multiple

22  jurisdictions and the case involves telephone wiretaps).

23

24                          **PROCEDURAL STATUS OF THE CASE**

25       On July 14, 2008, the government filed a complaint against eleven (11)

26  defendants. (See Docket Entry # 1).

27       On July 16, 2008, all eleven (11) defendants made their first appearance. (See

28                                             2

1   Docket Entry #2)

2       On July 24, 2008, the government filed an Indictment charging all eleven (11)

3   defendants with various Conspiracy charges for distribution and/or possession of

4   various illegal drugs. (See Docket Entry # 24)

5       On July 30, 2008, all the defendants except defendant Vinh Vo were arraigned

6   on the Indictment, all defendants entered not guilty pleas and demanded a jury trial

7   and time under the Speedy Trial Act was excluded under Local Codes  T-2, which

8   corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds

9   to Title 18 U.S.C. section 3161(h)(8)(B)(iv), except as to defendant Arthur Lo who

10  only had time excluded under Local Code   T-4, which corresponds to Title 18 U.S.C.

11  section 3161(h)(8)(B)(iv), with a status conference set before the District Court at

12  8:30 a.m., on August 26, 2008, before the Honorable Judge Mendez. (See Docket

13  Entry # 53)

14      On August 5, 2008, the case was reassigned to the Honorable United States

15  District Court Judge Morrison C. England, Jr., and vacating the status conference set

16  for August 26, 2008. (See Docket Entry #60)

17      On August 8, 2008, defendant Vinh Vo was arraigned on the Indictment. (See

18  Docket Entry # 65)

19      On August 8, 2008, the Court issued a Minute Order resetting the status

20  conference to August 28, 2008, at 9:00 a.m., before the Honorable District Court

21  Judge Morrison C. England, Jr.. (See Minute Order between Docket Entries # 66 and

22  67)

23      On August 28, 2008, the status conference was held and a further status

24  conference was scheduled for Thursday, December 4, 2008, at 9:00 a.m., with time

25  under the Speedy Trial Act being excluded to and including Thursday, December 4,

26  2008, under both local codes T-2, which corresponds to Title 18 U.S.C. section

27  3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section

28

3

3161(h)(8)(B)(iv), in that local code T-2, which corresponds to Title 18 U.S.C.

section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of

defendants, a total of eleven (11), the nature of the prosecution (the case involves

multiple jurisdictions and the case involves telephone wire taps), and/or the existence

of novel questions of fact or law, that it is unreasonable to expect adequate

preparation for pretrial proceedings or the trial it-self within the time limits

established by the Speedy Trial Act, and in addition, all the parties agree and stipulate

that time under the Speedy Trial Act can and shall be excluded under Local Code T-4,

which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be

excluded  for the reasonable time necessary for effective preparation by all defense

counsel (the case involves eleven (11) total defendants; the case involves multiple

jurisdictions and the case involves telephone wiretaps).

On September 4, 2008, the government filed a Superceding Indictment. (See

Docket Entry # 92)

On October 7, 2008, all the defendants were arraigned on the Superceding

Indictment. (See Docket Entry # 96)

On December 2, 2008, the Court signed an Order continuing the case to

Thursday, February 19, 2009, and excluding time under the Speedy Trial Act under

Title 18 U.S.C. section 3161(h)(8)(B)(ii), corresponding to Local Code T-2 (this case

is so unusual or so complex, due to the number of defendants, a total of eleven (11),

the nature of the prosecution (this case involves multiple jurisdictions and the case

involves telephnoe wire taps), and /or the existence of novel questions of fact or law,

that is is unreasonable to expect adequate preparation for pretrial proceedings or the

trial it-self within the time limits established by the Speedy Trial Act)  and Title 18

U.S.C. section 3161(h)(8)(B)(iv), corresponding to Local Code T-4 (time for attorney

preparation). (See Docket # 99)

4

1

2                              **DISCOVERY STATUS**

3          To date the government has provided the defense with the following discovery:

4                  1-Hard copy discovery also on a CD;

5                  2- 12 CD's of telephone calls (over approximately 850 recorded

6   telephone calls) and DVD's of various businesses with surveillance cameras, both

7   during the day and night and from both inside the business and outside the business,

8   all of varying lengths in time (ranging from 4:32 seconds to almost 55 minutes, and

9   times in between).

10                 3-The government has represented that there is additional discovery to

11  be produced to the defense.

12         Based on the foregoing, all the parties agree to continue the status conference

13  from Thursday, February 19, 2009, to Thursday, May 21, 2009, and with time under

14  the Speedy Trial Act being excluded to and including Thursday, May 21, 2009, under

15  both local codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii),

16  and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local

17  code T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is

18  so unusual or so complex, due to the number of defendants, a total of eleven (11), the

19  nature of the prosecution (the case involves multiple jurisdictions and the case

20  involves telephone wire taps), and/or the existence of novel questions of fact or law,

21  that it is unreasonable to expect adequate preparation for pretrial proceedings or the

22  trial it-self within the time limits established by the Speedy Trial Act, and in addition,

23  all the parties agree and stipulate that time under the Speedy Trial Act can and shall

24  be excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section

25  3161(h)(8)(B)(iv), in that time is to be excluded  for the reasonable time necessary for

26  effective preparation by all defense counsel (the case involves eleven (11) total

27  defendants; the case involves multiple jurisdictions and the case involves telephone

28
                                              5

1  wiretaps).

2

3          Respectfully submitted,

4                                        LAWRENCE G. BROWN
                                         ACTING UNITED STATES ATTORNEY
5
                                         /s/ Jill M. Thomas by e mail authorization
6
   DATED: 2-13-09
7                                        _____
                                         Jill M. Thomas
8                                        ASSISTANT UNITED STATES ATTORNEY
                                         ATTORNEY FOR THE PLAINTIFF
9  DATED: 2-13-09
                                         /s/ Matthew C. Bockmon by e mail  authorization
10
                                         _____
11                                       Matthew C. Bockmon
                                         Attorney for Defendant
12                                       THAU CAM

13 DATED: 2-13-09                        /s/ Scott Tedmon by e mail authorization

14                                       _____
                                         Scott Tedmon
15                                       Attorney for Defendant
                                         BANG TANG

16 DATED: 2-13-09                        /s/ Hayes H. Gable, III by e mail authorization

17                                       _____
                                         Hayes H. Gable, III
18                                       Attorney for Defendant
                                         TAN TO

19 DATED: 2-13-09                        /s/ Steven D. Bauer by e mail authorization

20                                       _____
                                         Steven D. Bauer
21                                       Attorney for Defendant
                                         VINH VO

22 DATED: 2-13-09                        /s/ Thomas A. Johnson by e mail authorization

23                                       _____
                                         Thomas A. Johnson
24                                       Attorney for Defendant
                                         TIM TUYEN

25 DATED: 2-13-09                        /s/ Mark J. Reichel by e mail authorization

26                                       _____
                                         Mark J. Reichel
27                                       Attorney for Defendant
                                         ARTHUR LO

28                                               6

1 | DATED: 2-13-09 | /s/ Garrick S. Lew by e mail authorization

2 |
3 | Garrick S. Lew
Attorney for Defendant
VINCENT KAN

4 | DATED: 2-13-09 | /s/ Peter Kmeto by e mail authorization

5 |
6 | Peter Kmeto
Attorney for Defendant
QUINTILIAN HUYNH

7 | DATED: 2-13-09 | /s/ Krista Hart by e mail authorization

8 |
9 | Krista Hart
Attorney for Defendant
PETER TRUONG

10 | DATED: 2-13-09 | /s/ J. Toney by e mail authorization

11 |
12 | J. Toney
Attorney for Defendant
REUTHA YU

13 | DATED: 2-13-09 | /s/ James R. Greiner

14 |
15 | James R. Greiner
Attorney for Defendant
CALVIN TRUONG

16 | **ORDER**

17 |
18 |
19 | **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

20 |
21 | Dated:  February 19, 2009

22 |
23 | MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

24 |
25 |
26 |
27 |
28 |

7