1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 FAX: (916) 920-7951

5 ATTORNEY FOR DEFENDANT
CALVIN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00342-MCE |
| PLAINTIFF, ) | AMENDED STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, AUGUST 27, 2009 |
| v. ) | |
| THAU CAM, et al., ) | |
| DEFENDANTS. ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorneys, Ms. Jill M. Thomas, defendant THAU CAM by his attorney Mr. Matthew C. Bockmon, defendant BANG TANG, by his attorney Mr. Scott L. Tedmon, defendant TAN TO, by his attorney Mr. Hayes H. Gable, III, defendant VINH VO, by his attorney, Mr. Steven D. Bauer, defendant TIM TUYEN, by his attorney, Mr. Thomas A. Johnson, defendant, ARTHUR LO, by his attorney, Mr.John R. Manning, defendant VINCENT KAN, by his attorney Mr. Garrick S. Lew, defendant QUINTILIAN HUYNH, by his attorney, Mr. Peter Kmeto, defendant PETER TRUONG, by his attorney, Ms. Krista Hart, defendant REUTHA YUN, by her attorney Mr. J. Toney and defendant CALVIN TRUONG, by his attorney James R. Greiner, hereby stipulate and agree that the status conference calendared for

1

1  **Thursday, May 21, 2008, at 9:00 a.m.** before the Honorable United States District
2  Court Judge, Morrison C. England, Jr., may be continued to **Thursday, August 27,**
3  **2009, at 9:00 a.m.**.
4     The Court's courtroom deputy, Ms. Stephanie Deutsch, was contacted about
5  the date of Thursday, August 21, 2009, and the Court is available on that date.
6     Only two defendants are in custody, Arthur Lo and Vinh Vo.
7     All the parties agree and stipulate that time under the Speedy Trial Act can and
8  shall be excluded from Thursday, May 21, 2008, to Thursday, August 27, 2009, under
9  both local codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii),
10 and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that
11 under local code T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii),
12 this case is so unusual or so complex, due to the number of defendants, a total of
13 eleven (11), the nature of the prosecution (the case involves multiple jurisdictions and
14 the case involves telephone wire taps), and/or the existence of novel questions of fact
15 or law, that it is unreasonable to expect adequate preparation for pretrial proceedings
16 or the trial it-self within the time limits established by the Speedy Trial Act, and in
17 addition, all the parties agree and stipulate that time under the Speedy Trial Act can
18 and shall be excluded under Local Code T-4, which corresponds to Title 18 U.S.C.
19 section 3161(h)(8)(B)(iv), in that time is to be excluded for the reasonable time
20 necessary for effective preparation by all defense counsel (the case involves eleven
21 (11) total defendants; the case involves multiple jurisdictions and the case involves
22 telephone wiretaps).
23
24                    **PROCEDURAL STATUS OF THE CASE**
25   On July 14, 2008, the government filed a complaint against eleven (11)
26 defendants. (See Docket Entry # 1).
27   On July 16, 2008, all eleven (11) defendants made their first appearance. (See
28

Docket Entry #2)

On July 24, 2008, the government filed an Indictment charging all eleven (11) defendants with various Conspiracy charges for distribution and/or possession of various illegal drugs. (See Docket Entry # 24)

On July 30, 2008, all the defendants except defendant Vinh Vo were arraigned on the Indictment, all defendants entered not guilty pleas and demanded a jury trial and time under the Speedy Trial Act was excluded under Local Codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), except as to defendant Arthur Lo who only had time excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), with a status conference set before the District Court at 8:30 a.m., on August 26, 2008, before the Honorable Judge Mendez. (See Docket Entry # 53)

On August 5, 2008, the case was reassigned to the Honorable United States District Court Judge Morrison C. England, Jr., and vacating the status conference set for August 26, 2008. (See Docket Entry #60)

On August 8, 2008, defendant Vinh Vo was arraigned on the Indictment. (See Docket Entry # 65)

On August 8, 2008, the Court issued a Minute Order resetting the status conference to August 28, 2008, at 9:00 a.m., before the Honorable District Court Judge Morrison C. England, Jr.. (See Minute Order between Docket Entries # 66 and 67)

On August 28, 2008, the status conference was held and a further status conference was scheduled for Thursday, December 4, 2008, at 9:00 a.m., with time under the Speedy Trial Act being excluded to and including Thursday, December 4, 2008, under both local codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section

3

1  3161(h)(8)(B)(iv), in that local code T-2, which corresponds to Title 18 U.S.C.
2  section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of
3  defendants, a total of eleven (11), the nature of the prosecution (the case involves
4  multiple jurisdictions and the case involves telephone wire taps), and/or the existence
5  of novel questions of fact or law, that it is unreasonable to expect adequate
6  preparation for pretrial proceedings or the trial it-self within the time limits
7  established by the Speedy Trial Act, and in addition, all the parties agree and stipulate
8  that time under the Speedy Trial Act can and shall be excluded under Local Code T-4,
9  which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be
10 excluded for the reasonable time necessary for effective preparation by all defense
11 counsel (the case involves eleven (11) total defendants; the case involves multiple
12 jurisdictions and the case involves telephone wiretaps).
13         On September 4, 2008, the government filed a Superceding Indictment. (See
14 Docket Entry # 92)
15         On October 7, 2008, all the defendants were arraigned on the Superceding
16 Indictment. (See Docket Entry # 96)
17         On December 2, 2008, The Court signed a Stipulation and Order continuing the
18 status conference to February 19, 2009, with time under the Speedy Trial Act being
19 excluded to and including Thursday, February 19, 2009, under both local codes T-2,
20 which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which
21 corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2,
22 which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual
23 or so complex, due to the number of defendants, a total of eleven (11), the nature of
24 the prosecution (the case involves multiple jurisdictions and the case involves
25 telephone wire taps), and/or the existence of novel questions of fact or law, that it is
26 unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self
27 within the time limits established by the Speedy Trial Act, and in addition, all the
28

4

1  parties agree and stipulate that time under the Speedy Trial Act can and shall be
2  excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section
3  3161(h)(8)(B)(iv), in that time is to be excluded  for the reasonable time necessary for
4  effective preparation by all defense counsel (the case involves eleven (11) total
5  defendants; the case involves multiple jurisdictions and the case involves telephone
6  wiretaps). (See Docket Entry # 99)

7       On February 11, 2009, the Court issued a minute order changing the time of the
8  status conference to 2:00 p.m., on Thursday, February 19, 2009. (See Docket Entry #
9  110)

10      On February 19, 2009, the Court signed a Stipulation and Order continuing the
11 Status conference to Thursday, May 21, 2009, with time under the Speedy Trial Act
12 being excluded to and including Thursday, May 21, 2009,  under both local codes T-
13 2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which
14 corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2,
15 which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual
16 or so complex, due to the number of defendants, a total of eleven (11), the nature of
17 the prosecution (the case involves multiple jurisdictions and the case involves
18 telephone wire taps), and/or the existence of novel questions of fact or law, that it is
19 unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self
20 within the time limits established by the Speedy Trial Act, and in addition, all the
21 parties agree and stipulate that time under the Speedy Trial Act can and shall be
22 excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section
23 3161(h)(8)(B)(iv), in that time is to be excluded  for the reasonable time necessary for
24 effective preparation by all defense counsel (the case involves eleven (11) total
25 defendants; the case involves multiple jurisdictions and the case involves telephone
26 wiretaps). (See Docket Entry # 112)

27
28

## DISCOVERY STATUS

To date the government has provided the defense with the following discovery:

1-Hard copy discovery also on a CD;

2- 12 CD's of telephone calls (over approximately 850 recorded telephone calls) and DVD's of various businesses with surveillance cameras, both during the day and night and from both inside the business and outside the business, all of varying lengths in time (ranging from 4:32 seconds to almost 55 minutes, and times in between).

3- the government produced an additional eighteen (18) CD's in this case which are in the process of being duplicated and distributed to defense counsel, which then need a reasonable amount of time to review them and review them with the clients and to determine what additional investigation is needed.

Based on the foregoing, all the parties agree to continue the status conference from Thursday, May 21, 2009, to Thursday, August 27, 2009, and with time under the Speedy Trial Act being excluded to and including Thursday, May 21 2009, under both local codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of defendants, a total of eleven (11), the nature of the prosecution (the case involves multiple jurisdictions and the case involves telephone wire taps), and/or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self within the time limits established by the Speedy Trial Act, and in addition, all the parties agree and stipulate that time under the Speedy Trial Act can and shall be excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be excluded for the reasonable time necessary for

1  effective preparation by all defense counsel (the case involves eleven (11) total
2  defendants; the case involves multiple jurisdictions and the case involves telephone
3  wiretaps).

    Respectfully submitted,

    McGREGOR W. SCOTT
    UNITED STATES ATTORNEY

    /s/ Jill M. Thomas by e mail authorization

DATED: 5-18-09
    _____
    Jill M. Thomas
    ASSISTANT UNITED STATES ATTORNEY
    ATTORNEY FOR THE PLAINTIFF

DATED: 5-18-09
    /s/ Matthew C. Bockmon by telephone authorization
    _____
    Matthew C. Bockmon
    Attorney for Defendant
    THAU CAM

DATED: 5-18-09
    /s/ Scott Tedmon by e mail and telephone authorization
    _____
    Scott Tedmon
    Attorney for Defendant
    BANG TANG

DATED: 5-18-09
    /s/ Hayes H. Gable, III by telephone authorization
    _____
    Hayes H. Gable, III
    Attorney for Defendant
    TAN TO

DATED: 5-18-09
    /s/ Steven D. Bauer by telephone authorization
    _____
    Steven D. Bauer
    Attorney for Defendant
    VINH VO

DATED: 5-18-09
    /s/ Thomas A. Johnson by telephone authorization
    _____
    Thomas A. Johnson
    Attorney for Defendant
    TIM TUYEN

DATED: 5-18-09
    /s/ John R. Manning by telephone authorization
    _____

7

```
                        John R. Manning
                        Attorney for Defendant
                        ARTHUR LO

DATED: 5-18-09          /s/ Garrick S. Lew by e mail authorization
                        _____
                        Garrick S. Lew
                        Attorney for Defendant
                        VINCENT KAN

DATED: 5-18-09          /s/ Peter Kmeto by e mail authorization
                        _____
                        Peter Kmeto
                        Attorney for Defendant
                        QUINTILIAN HUYNH

DATED: 5-18-09          /s/ Krista Hart by e mail and telephone authorization
                        _____
                        Krista Hart
                        Attorney for Defendant
                        PETER TRUONG

DATED: 5-18-09          /s/ J. Toney by telephone  authorization
                        _____
                        J. Toney
                        Attorney for Defendant
                        REUTHA YU

DATED: 5-18-09          /s/ James R. Greiner
                        _____
                        James R. Greiner
                        Attorney for Defendant
                        CALVIN TRUONG
```

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: May 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

8