JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ARTHUR LO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   No. CR-S-08-0342 MCE
                                )
        Plaintiff,              )   ORDER
                                )
v.                              )
                                )
ARTHUR LO,                      )
                                )
        Defendant.              )
                                )

GOOD CAUSE SHOWN,

   IT IS HEREBY ORDERED that Defendant Arthur Lo be transported from the Sacramento County Jail to the United States Marshal's Office by 8:30 a.m. on June 22, 2009. It is further ordered that Mr. Lo be released to Mr. D. Wayne Patterson, the defense investigator, who will serve as a third party custodian of Mr. Lo. Mr. Patterson is directed to transport and accompany Mr. Lo to his grandfather's funeral at Camella Memorial Lawn 10221 Jackson Road, Sacramento, CA 95827 [916-363-9431]) at 10:00 a.m. on Monday June 22 and to the subsequent gathering at the home of Ia Her (5121 Lotus Pond Drive, Elk Grove, CA).

Mr. Patterson is ordered to return Mr. Lo to the United States Marshal's Office by 3:00 p.m. on June 22, 2009. Mr. Lo is ordered to comply with all directions of third party custodian D. Wayne Patterson.

IT IS SO ORDERED

Dated: June 19, 2009.

_____
U.S. MAGISTRATE JUDGE