1 | **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 | **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 | SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 | FAX: (916) 920-7951

5 | ATTORNEY FOR DEFENDANT
CALVIN TRUONG

6

7 | IN THE UNITED STATES DISTRICT COURT FOR THE

8 | EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,      )      2:08-CR-00342-MCE
10 |                           )
    PLAINTIFF,      )      STIPULATION AND
11 |                           )      ORDER TO CONTINUE THE
    v.                    )      STATUS CONFERENCE TO
12 |                           )      THURSDAY, NOVEMBER 19, 2009
THAU CAM, et al.,      )
13 |                           )
                          )
14 |                           )
                          )
15 |     DEFENDANTS.      )
_____)
16

17 |     Plaintiff United States of America, by its counsel, Assistant United States

18 | Attorneys, Ms. Jill M. Thomas,  defendant THAU CAM by his attorney Mr. Matthew

19 | C. Bockmon,  defendant BANG TANG,  by his attorney Mr. Scott L. Tedmon,

20 | defendant TAN TO,  by his  attorney Mr. Hayes H. Gable, III, defendant VINH VO,

21 | by his attorney, Ms. Lindsay Weston, defendant TIM TUYEN, by his attorney, Mr.

22 | Thomas A. Johnson, defendant, ARTHUR LO, by his attorney, Mr. John R. Manning,

23 | defendant VINCENT KAN, by his attorney Mr. Garrick S. Lew, defendant

24 | QUINTILIAN HUYNH, by his attorney, Mr. Peter Kmeto, defendant PETER

25 | TRUONG, by his attorney, Ms. Krista Hart, defendant REUTHA YUN, by her

26 | attorney Mr. J. Toney and defendant CALVIN TRUONG,  by his attorney James R.

27 | Greiner, hereby stipulate and agree that the status conference calendared for

28 |                                      1

1 **Thursday, August 27, 2008, at 9:00 a.m.** before the Honorable United States

2 District Court Judge, Morrison C. England, Jr., may be continued to **Thursday,**

3 **November 19, 2009, at 9:00 a.m.**.

4 The Court's courtroom deputy, Ms. Stephanie Deutsch, was contacted about

5 the date of **Thursday, November 19, 2009**, and the Court is available on that date.

6 Only two defendants are in custody, Arthur Lo and Vinh Vo.

7 All the parties agree and stipulate that time under the Speedy Trial Act can and

8 shall be **excluded from Thursday, August 27, 2008, to Thursday, November 19,**

9 **2009**, **under both local codes T-2**, which corresponds to Title 18 U.S.C. section

10 3161(h)(8)(B)(ii), **and T**-4, which corresponds to Title 18 U.S.C. section

11 3161(h)(8)(B)(iv), in that under local code T-2, which corresponds to Title 18 U.S.C.

12 section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of

13 defendants, a total of eleven (11), the nature of the prosecution (the case involves

14 multiple jurisdictions and the case involves telephone wire taps), and/or the existence

15 of novel questions of fact or law, that it is unreasonable to expect adequate

16 preparation for pretrial proceedings or the trial it-self within the time limits

17 established by the Speedy Trial Act, and in addition, all the parties agree and stipulate

18 that time under the Speedy Trial Act can and shall be excluded under Local Code T-4,

19 which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be

20 excluded  for the reasonable time necessary for effective preparation by all defense

21 counsel (the case involves eleven (11) total defendants; the case involves multiple

22 jurisdictions and the case involves telephone wiretaps).

23

24 ### PROCEDURAL STATUS OF THE CASE

25 On July 14, 2008, the government filed a complaint against eleven (11)

26 defendants. (See Docket Entry # 1).

27 On July 16, 2008, all eleven (11) defendants made their first appearance. (See

28
2

1  Docket Entry #2)

2        On July 24, 2008, the government filed an Indictment charging all eleven (11)

3  defendants with various Conspiracy charges for distribution and/or possession of

4  various illegal drugs. (See Docket Entry # 24)

5        On July 30, 2008, all the defendants except defendant Vinh Vo were arraigned

6  on the Indictment, all defendants entered not guilty pleas and demanded a jury trial

7  and time under the Speedy Trial Act was excluded under Local Codes  T-2, which

8  corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds

9  to Title 18 U.S.C. section 3161(h)(8)(B)(iv), except as to defendant Arthur Lo who

10 only had time excluded under Local Code   T-4, which corresponds to Title 18 U.S.C.

11 section 3161(h)(8)(B)(iv), with a status conference set before the District Court at

12 8:30 a.m., on August 26, 2008, before the Honorable Judge Mendez. (See Docket

13 Entry # 53)

14       On August 5, 2008, the case was reassigned to the Honorable United States

15 District Court Judge Morrison C. England, Jr., and vacating the status conference set

16 for August 26, 2008. (See Docket Entry #60)

17       On August 8, 2008, defendant Vinh Vo was arraigned on the Indictment. (See

18 Docket Entry # 65)

19       On August 8, 2008, the Court issued a Minute Order resetting the status

20 conference to August 28, 2008, at 9:00 a.m., before the Honorable District Court

21 Judge Morrison C. England, Jr.. (See Minute Order between Docket Entries # 66 and

22 67)

23       On August 28, 2008, the status conference was held and a further status

24 conference was scheduled for Thursday, December 4, 2008, at 9:00 a.m., with time

25 under the Speedy Trial Act being excluded to and including Thursday, December 4,

26 2008, under both local codes T-2, which corresponds to Title 18 U.S.C. section

27 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section

28                                                    3

1   3161(h)(8)(B)(iv), in that local code T-2, which corresponds to Title 18 U.S.C.

2   section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of

3   defendants, a total of eleven (11), the nature of the prosecution (the case involves

4   multiple jurisdictions and the case involves telephone wire taps), and/or the existence

5   of novel questions of fact or law, that it is unreasonable to expect adequate

6   preparation for pretrial proceedings or the trial it-self within the time limits

7   established by the Speedy Trial Act, and in addition, all the parties agree and stipulate

8   that time under the Speedy Trial Act can and shall be excluded under Local Code T-4,

9   which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be

10  excluded  for the reasonable time necessary for effective preparation by all defense

11  counsel (the case involves eleven (11) total defendants; the case involves multiple

12  jurisdictions and the case involves telephone wiretaps).

13      On September 4, 2008, the government filed a Superceding Indictment. (See

14  Docket Entry # 92)

15      On October 7, 2008, all the defendants were arraigned on the Superceding

16  Indictment. (See Docket Entry # 96)

17      On December 2, 2008, The Court signed a Stipulation and Order continuing the

18  status conference to February 19, 2009, with time under the Speedy Trial Act being

19  excluded to and including Thursday, February 19, 2009, under both local codes T-2,

20  which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which

21  corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2,

22  which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual

23  or so complex, due to the number of defendants, a total of eleven (11), the nature of

24  the prosecution (the case involves multiple jurisdictions and the case involves

25  telephone wire taps), and/or the existence of novel questions of fact or law, that it is

26  unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self

27  within the time limits established by the Speedy Trial Act, and in addition, all the

28

4

1 parties agree and stipulate that time under the Speedy Trial Act can and shall be

2 excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section

3 3161(h)(8)(B)(iv), in that time is to be excluded  for the reasonable time necessary for

4 effective preparation by all defense counsel (the case involves eleven (11) total

5 defendants; the case involves multiple jurisdictions and the case involves telephone

6 wiretaps). (See Docket Entry # 99)

7          On February 11, 2009, the Court issued a minute order changing the time of the

8 status conference to 2:00 p.m., on Thursday, February 19, 2009. (See Docket Entry #

9 110)

10         On February 19, 2009, the Court signed a Stipulation and Order continuing the

11 Status conference to Thursday, May 21, 2009, with time under the Speedy Trial Act

12 being excluded to and including Thursday, May 21, 2009,  under both local codes T-

13 2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which

14 corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2,

15 which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual

16 or so complex, due to the number of defendants, a total of eleven (11), the nature of

17 the prosecution (the case involves multiple jurisdictions and the case involves

18 telephone wire taps), and/or the existence of novel questions of fact or law, that it is

19 unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self

20 within the time limits established by the Speedy Trial Act, and in addition, all the

21 parties agree and stipulate that time under the Speedy Trial Act can and shall be

22 excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section

23 3161(h)(8)(B)(iv), in that time is to be excluded  for the reasonable time necessary for

24 effective preparation by all defense counsel (the case involves eleven (11) total

25 defendants; the case involves multiple jurisdictions and the case involves telephone

26 wiretaps). (See Docket Entry # 112)

27         On May 21, 2009, the Court signed a Stipulation and Order continuing the

28

1  Status conference to Thursday, May 21, 2009, with time under the Speedy Trial Act

2  being excluded to and including Thursday, May 21, 2009,  under both local codes T-

3  2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which

4  corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2,

5  which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual

6  or so complex, due to the number of defendants, a total of eleven (11), the nature of

7  the prosecution (the case involves multiple jurisdictions and the case involves

8  telephone wire taps), and/or the existence of novel questions of fact or law, that it is

9  unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self

10  within the time limits established by the Speedy Trial Act, and in addition, all the

11  parties agree and stipulate that time under the Speedy Trial Act can and shall be

12  excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section

13  3161(h)(8)(B)(iv), in that time is to be excluded  for the reasonable time necessary for

14  effective preparation by all defense counsel (the case involves eleven (11) total

15  defendants; the case involves multiple jurisdictions and the case involves telephone

16  wiretaps). (See Docket Entry # 122)

17        On August 21, 2009, the Court sign an Order Substituting Attorney Ms.

18  Lindsay Weston in for Attorney Mr. Steven Bauer. (See Docket # 131)

19

20                          **DISCOVERY STATUS**

21        To date the government has provided the defense with the following discovery:

22              1-Hard copy discovery also on a CD;

23              2- 12 CD's of telephone calls (over approximately 850 recorded

24  telephone calls) and DVD's of various businesses with surveillance cameras, both

25  during the day and night and from both inside the business and outside the business,

26  all of varying lengths in time (ranging from 4:32 seconds to almost 55 minutes, and

27  times in between).

28
                                    6

1          3- the government produced an additional eighteen (18) CD's in this

2   case which are in the process of being duplicated and distributed to defense counsel,

3   which then need a reasonable amount of time to review them and review them with

4   the clients and to determine what additional investigation is needed.

5          Based on the foregoing, and based on the fact that attorney Ms. Lindsay

6   Weston has just been substituted into (August 21, 2009, See Docket Entry # 131) a

7   complex case and needs a sufficiently reasonable amount of time to review the

8   discovery produced by the government to date in this case with her client,  all the

9   parties agree to **continue the status conference from Thursday, August 27, 2009,**

10  **to Thursday, November 19, 2009**, **and with time under the Speedy Trial Act**

11  **being excluded to and including Thursday, November 19,  2009**,  under both local

12  codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4,

13  which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-

14  2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so

15  unusual or so complex, due to the number of defendants, a total of eleven (11), the

16  nature of the prosecution (the case involves multiple jurisdictions and the case

17  involves telephone wire taps), and/or the existence of novel questions of fact or law,

18  that it is unreasonable to expect adequate preparation for pretrial proceedings or the

19  trial it-self within the time limits established by the Speedy Trial Act, and in addition,

20  all the parties agree and stipulate that time under the Speedy Trial Act can and shall

21  be excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section

22  3161(h)(8)(B)(iv), in that time is to be excluded  for the reasonable time necessary for

23  effective preparation by all defense counsel (the case involves eleven (11) total

24  defendants; the case involves multiple jurisdictions and the case involves telephone

25  wiretaps) and the fact that attorney Ms. Lindsay Weston has just been appointed to

26  represent defendant  VINH VO in place of attorney Mr. Steve Bauer (See Docket

27  Entry #131).

28

1

2

3

4          Respectfully submitted,

5                                        LAWRENCE G. BROWN
                                         ACTING UNITED STATES ATTORNEY
6
                                         /s/ Jill M. Thomas by telephone authorization
7
    DATED: 8-24-09
8                                        _____
                                         Jill M. Thomas
9                                        ASSISTANT UNITED STATES ATTORNEY
                                         ATTORNEY FOR THE PLAINTIFF

10  DATED: 8-24-09
                                         /s/ Matthew C. Bockmon by e mail  authorization
11
                                         _____
12                                       Matthew C. Bockmon
                                         Attorney for Defendant THAU CAM
13
    DATED: 8-24-09                       /s/ Scott Tedmon by e mail  authorization
14
                                         _____
15                                       Scott Tedmon
                                         Attorney for Defendant BANG TANG
16  DATED: 8-24-09                       /s/ Hayes H. Gable, III by e mail authorization

17                                       _____
                                         Hayes H. Gable, III
18                                       Attorney for Defendant TAN TO

    DATED: 8-24-09                       /s/ Lindsay Weston by e mail authorization
19
                                         _____
20                                       Lindsay Weston
                                         Attorney for Defendant VINH VO
21  DATED: 8-24-09                       /s/ Thomas A. Johnson by e mail authorization

22                                       _____
                                         Thomas A. Johnson
23                                       Attorney for Defendant TIM TUYEN

    DATED: 8-24-09                       /s/ John R. Manning by e mail authorization
24
                                         _____
25                                       John R. Manning
                                         Attorney for Defendant  ARTHUR LO
26  DATED: 8-24-09                       /s/ Garrick S. Lew by e mail authorization

27                                       _____
                                         Garrick S. Lew
28
                                         8

Attorney for Defendant VINCENT KAN


DATED: 8-24-09          /s/ Peter Kmeto by e mail authorization

_____
Peter Kmeto
Attorney for Defendant QUINTILIAN HUYNH

DATED: 8-24-09          /s/ Krista Hart by e mail  authorization

_____
Krista Hart
Attorney for Defendant PETER TRUONG

DATED: 8-24-09          /s/ J. Toney by e mail authorization

_____
J. Toney
Attorney for Defendant REUTHA YU

DATED: 8-24-09          /s/ James R. Greiner

_____
James R. Greiner
Attorney for Defendant  CALVIN TRUONG


**ORDER**

Time is excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) as opposed to 18 U.S.C.
§3161 (h)(8)(B)(iv) as indicated above.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

 Dated:  August 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

9