**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
CALVIN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           )<br>     PLAINTIFF,        )<br>           )<br>     v.             )<br>           )<br>THAU CAM, et al.,       )<br>           )<br>           )<br>           )<br>     DEFENDANTS.       )<br>_____) | No. 2:08-cr-00342-MCE<br><br>STIPULATION AND<br>ORDER TO CONTINUE THE<br>STATUS CONFERENCE TO<br>THURSDAY, FEBRUARY 4, 2010 |

    Plaintiff United States of America, by its counsel, Assistant United States Attorneys, Ms. Jill M. Thomas,  defendant THAU CAM by his attorney Mr. Matthew C. Bockmon,  defendant BANG TANG,  by his attorney Mr. Scott L. Tedmon, defendant TAN TO,  by his  attorney Mr. Hayes H. Gable, III, defendant VINH VO, by his attorney, Ms. Lindsay Weston, defendant TIM TUYEN, by his attorney, Mr. Thomas A. Johnson, defendant, ARTHUR LO, by his attorney, Mr. John R. Manning, defendant VINCENT KAN, by his attorney Mr. Garrick S. Lew, defendant QUINTILIAN HUYNH, by his attorney, Mr. Peter Kmeto, defendant PETER TRUONG, by his attorney, Ms. Krista Hart, defendant REUTHA YUN, by her attorney Mr. J. Toney and defendant CALVIN TRUONG,  by his attorney James R. Greiner, hereby stipulate and agree that the status conference calendared for

1

1  **Thursday, November 19, 2009, at 9:00 a.m.** before the Honorable United States
2  District Court Judge, Morrison C. England, Jr., may be continued to **Thursday,**
3  **February 4, 2010, at 9:00 a.m.**.
4        The Court's courtroom deputy, Ms. Stephanie Deutsch, was contacted about
5  the date of **Thursday, February 4, 2010**, and the Court is available on that date.
6        Only two defendants are in custody, Arthur Lo and Vinh Vo.
7        All the parties agree and stipulate that time under the Speedy Trial Act can and
8  shall be **excluded from Thursday, November 19, 2009, to Thursday, February 4,**
9  **20010**, **under both local codes T-2**, which corresponds to Title 18 U.S.C. section
10 3161(h)(8)(B)(ii), **and T**-4, which corresponds to Title 18 U.S.C. section
11 3161(h)(8)(B)(iv), in that under local code T-2, which corresponds to Title 18 U.S.C.
12 section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of
13 defendants, a total of eleven (11), the nature of the prosecution (the case involves
14 multiple jurisdictions and the case involves telephone wire taps), and/or the existence
15 of novel questions of fact or law, that it is unreasonable to expect adequate
16 preparation for pretrial proceedings or the trial it-self within the time limits
17 established by the Speedy Trial Act, and in addition, all the parties agree and stipulate
18 that time under the Speedy Trial Act can and shall be excluded under Local Code T-4,
19 which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be
20 excluded for the reasonable time necessary for effective preparation by all defense
21 counsel (the case involves eleven (11) total defendants; the case involves multiple
22 jurisdictions and the case involves telephone wiretaps).
23       **PROCEDURAL STATUS OF THE CASE**
24       On July 14, 2008, the government filed a complaint against eleven (11)
25 defendants. (See Docket Entry # 1).
26 ///
27 ///
28

2

On July 16, 2008, all eleven (11) defendants made their first appearance. (See Docket Entry #2)

On July 24, 2008, the government filed an Indictment charging all eleven (11) defendants with various Conspiracy charges for distribution and/or possession of various illegal drugs. (See Docket Entry # 24)

On July 30, 2008, all the defendants except defendant Vinh Vo were arraigned on the Indictment, all defendants entered not guilty pleas and demanded a jury trial and time under the Speedy Trial Act was excluded under Local Codes  T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), except as to defendant Arthur Lo who only had time excluded under Local Code   T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), with a status conference set before the District Court at 8:30 a.m., on August 26, 2008, before the Honorable Judge Mendez. (See Docket Entry # 53)

On August 5, 2008, the case was reassigned to the Honorable United States District Court Judge Morrison C. England, Jr., and vacating the status conference set for August 26, 2008. (See Docket Entry #60)

On August 8, 2008, defendant Vinh Vo was arraigned on the Indictment. (See Docket Entry # 65)

On August 8, 2008, the Court issued a Minute Order resetting the status conference to August 28, 2008, at 9:00 a.m., before the Honorable District Court Judge Morrison C. England, Jr.. (See Minute Order between Docket Entries # 66 and 67)

On August 28, 2008, the status conference was held and a further status conference was scheduled for Thursday, December 4, 2008, at 9:00 a.m., with time under the Speedy Trial Act being excluded to and including Thursday, December 4, 2008, under both local codes T-2, which corresponds to Title 18 U.S.C. section

3

1  3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section
2  3161(h)(8)(B)(iv), in that local code T-2, which corresponds to Title 18 U.S.C.
3  section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of
4  defendants, a total of eleven (11), the nature of the prosecution (the case involves
5  multiple jurisdictions and the case involves telephone wire taps), and/or the existence
6  of novel questions of fact or law, that it is unreasonable to expect adequate
7  preparation for pretrial proceedings or the trial it-self within the time limits
8  established by the Speedy Trial Act, and in addition, all the parties agree and stipulate
9  that time under the Speedy Trial Act can and shall be excluded under Local Code T-4,
10 which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be
11 excluded for the reasonable time necessary for effective preparation by all defense
12 counsel (the case involves eleven (11) total defendants; the case involves multiple
13 jurisdictions and the case involves telephone wiretaps).
14     On September 4, 2008, the government filed a Superceding Indictment. (See
15 Docket Entry # 92)
16     On October 7, 2008, all the defendants were arraigned on the Superceding
17 Indictment. (See Docket Entry # 96)
18     On December 2, 2008, The Court signed a Stipulation and Order continuing the
19 status conference to February 19, 2009, with time under the Speedy Trial Act being
20 excluded to and including Thursday, February 19, 2009, under both local codes T-2,
21 which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which
22 corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2,
23 which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual
24 or so complex, due to the number of defendants, a total of eleven (11), the nature of
25 the prosecution (the case involves multiple jurisdictions and the case involves
26 telephone wire taps), and/or the existence of novel questions of fact or law, that it is
27 unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self
28

4

1  within the time limits established by the Speedy Trial Act, and in addition, all the
2  parties agree and stipulate that time under the Speedy Trial Act can and shall be
3  excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section
4  3161(h)(8)(B)(iv), in that time is to be excluded for the reasonable time necessary for
5  effective preparation by all defense counsel (the case involves eleven (11) total
6  defendants; the case involves multiple jurisdictions and the case involves telephone
7  wiretaps). (See Docket Entry # 99)

8       On February 11, 2009, the Court issued a minute order changing the time of the
9  status conference to 2:00 p.m., on Thursday, February 19, 2009. (See Docket Entry #
10 110)

11      On February 19, 2009, the Court signed a Stipulation and Order continuing the
12 Status conference to Thursday, May 21, 2009, with time under the Speedy Trial Act
13 being excluded to and including Thursday, May 21, 2009, under both local codes T-
14 2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which
15 corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2,
16 which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual
17 or so complex, due to the number of defendants, a total of eleven (11), the nature of
18 the prosecution (the case involves multiple jurisdictions and the case involves
19 telephone wire taps), and/or the existence of novel questions of fact or law, that it is
20 unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self
21 within the time limits established by the Speedy Trial Act, and in addition, all the
22 parties agree and stipulate that time under the Speedy Trial Act can and shall be
23 excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section
24 3161(h)(8)(B)(iv), in that time is to be excluded for the reasonable time necessary for
25 effective preparation by all defense counsel (the case involves eleven (11) total
26 defendants; the case involves multiple jurisdictions and the case involves telephone
27 wiretaps). (See Docket Entry # 112)
28

On May 21, 2009, the Court signed a Stipulation and Order continuing the Status conference to Thursday, May 21, 2009, with time under the Speedy Trial Act being excluded to and including Thursday, May 21, 2009, under both local codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of defendants, a total of eleven (11), the nature of the prosecution (the case involves multiple jurisdictions and the case involves telephone wire taps), and/or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self within the time limits established by the Speedy Trial Act, and in addition, all the parties agree and stipulate that time under the Speedy Trial Act can and shall be excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be excluded for the reasonable time necessary for effective preparation by all defense counsel (the case involves eleven (11) total defendants; the case involves multiple jurisdictions and the case involves telephone wiretaps). (See Docket Entry # 122)

On August 21, 2009, the Court sign an Order Substituting Attorney Ms. Lindsay Weston in for Attorney Mr. Steven Bauer. (See Docket # 131)

On August 27, 2009, the Court signed a Stipulation and Order continuing the status conference to Thursday, November 19, 2009, with time under the Speedy trial Act excluded to and including Thursday, November 19, 2009, under both local codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of defendants, a total of eleven (11), the nature of the prosecution (the case involves multiple jurisdictions and the case involves

telephone wire taps), and/or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self within the time limits established by the Speedy Trial Act, and in addition, all the parties agree and stipulate that time under the Speedy Trial Act can and shall be excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be excluded for the reasonable time necessary for effective preparation by all defense counsel (the case involves eleven (11) total defendants; the case involves multiple jurisdictions and the case involves telephone wiretaps). (See Docket Entry # 133)

**DISCOVERY STATUS**

To date the government has provided the defense with the following discovery:

1- Hard copy discovery also on a CD;

2- 12 CD's of telephone calls (over approximately 850 recorded telephone calls) and DVD's of various businesses with surveillance cameras, both during the day and night and from both inside the business and outside the business, all of varying lengths in time (ranging from 4:32 seconds to almost 55 minutes, and times in between).

3- the government produced an additional eighteen (18) CD's in this case which are in the process of being duplicated and distributed to defense counsel, which then need a reasonable amount of time to review them and review them with the clients and to determine what additional investigation is needed.

Based on the foregoing, and based on the fact that attorney Ms. Lindsay Weston has just been substituted into (August 21, 2009, See Docket Entry # 131) a complex case and needs a sufficiently reasonable amount of time to review the discovery produced by the government to date in this case with her client, all the parties agree to **continue the status conference from Thursday, November 19,**

7

**2009, to Thursday, February 4, 2010**, **and with time under the Speedy Trial Act being excluded to and including Thursday, February 4, 2010**, under both local codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that local code T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), this case is so unusual or so complex, due to the number of defendants, a total of eleven (11), the nature of the prosecution (the case involves multiple jurisdictions and the case involves telephone wire taps), and/or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self within the time limits established by the Speedy Trial Act, and in addition, all the parties agree and stipulate that time under the Speedy Trial Act can and shall be excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be excluded for the reasonable time necessary for effective preparation by all defense counsel (the case involves eleven (11) total defendants; the case involves multiple jurisdictions and the case involves telephone wiretaps) and the fact that attorney Ms. Lindsay Weston has just been appointed to represent defendant VINH VO in place of attorney Mr. Steve Bauer (See Docket Entry #131).

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jill M. Thomas by in person authorization

DATED: 11-18-09
_____
Jill M. Thomas
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 11-18-09

/s/ Matthew C. Bockmon by e mail  authorization
_____
Matthew C. Bockmon
Attorney for Defendant THAU CAM

DATED: 11-18-09

/s/ Scott Tedmon by e mail  authorization
_____
Scott Tedmon
Attorney for Defendant BANG TANG

DATED: 11-18-09

/s/ Hayes H. Gable, III by e mail authorization
_____
Hayes H. Gable, III
Attorney for Defendant TAN TO

DATED: 11-18-09

/s/ Lindsay Weston by e mail authorization
_____
Lindsay Weston
Attorney for Defendant VINH VO

DATED: 11-18-09

/s/ Thomas A. Johnson by e mail authorization
_____
Thomas A. Johnson
Attorney for Defendant TIM TUYEN

DATED: 11-18-09

/s/ John R. Manning by e mail authorization
_____
John R. Manning
Attorney for Defendant  ARTHUR LO

DATED: 11-18-09

/s/ Garrick S. Lew by e mail authorization
_____
Garrick S. Lew
Attorney for Defendant VINCENT KAN

DATED: 11-18-09

/s/ Peter Kmeto by e mail authorization
_____
Peter Kmeto
Attorney for Defendant QUINTILIAN HUYNH

DATED: 11-18-09

/s/ Krista Hart by e mail  authorization
_____
Krista Hart
Attorney for Defendant PETER TRUONG

DATED: 11-18-09

/s/ J. Toney by e mail authorization
_____
J. Toney
Attorney for Defendant REUTHA YU

1  DATED: 11-18-09            /s/ James R. Greiner

2                             _____
                               James R. Greiner
3                              Attorney for Defendant CALVIN TRUONG

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED** under both local codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(7)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(7)(B)(iv).

Dated: November 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

10