1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   CALVIN TRUONG

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )   2:08-CR-0342-MCE
10                                   )
       PLAINTIFF,                    )   STIPULATION AND AGREEMENT
11                                   )   BY THE PARTIES THAT PROBATION
       v.                            )   DO A PRE-PLEA INVESTIGATION
12                                   )   REPORT INCLUDING A
   THAU CAM, et al.,                 )   DETERMINATION OF THE
13                                   )   DEFENDANT'S CRIMINAL HISTORY
                                     )
14     DEFENDANTS.                   )
   _____)
15

16       Plaintiff United States of America, by its counsel, Assistant United States

17  Attorneys, Ms. Jill M. Thomas, and defendant CALVIN TRUONG, by his attorney

18  James R. Greiner, hereby jointly request and stipulate that this Court may sign the

19  Proposed Order, Ordering Probation to prepare a full and complete pre-plea

20  investigation including, but not limited to, a criminal History background

21  investigation to determine the defendant's criminal history level.

22
         Respectfully submitted,
23                                      BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY
24
                                        /s/ Jill M. Thomas by in person authorization
25
     DATED: 3-31-11                     _____
26                                      Jill M. Thomas
                                        ASSISTANT UNITED STATES ATTORNEY
27                                      ATTORNEY FOR THE PLAINTIFF

28
                                        1

DATED: 3-31-11          /s/ James R. Greiner
                        _____
                        James R. Greiner
                        Attorney for Defendant  CALVIN TRUONG

**ORDER**

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that
The parties agree and stipulate that this Court may make the requested Order:

It is hereby Ordered that the Probation Department prepare a full and complete pre-plea investigation including, but not limited to, a criminal History background investigation to determine the defendant's criminal history level.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2