DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THAU BENH CAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>THAU CAM; BANG TANG; TAN TO;<br>TIM TUYEN; ARTHUR LO; CALVIN<br>TRUONG; QUINTILIAN HUYNH;<br>PETER TRUONG; and, REUTHA YUN<br><br>             Defendants.<br>_____ | No. 2:08-cr-00342-MCE<br><br>STIPULATION AND ORDER TO MODIFY<br>BRIEFING/HEARING SCHEDULE<br><br>Date:  June 9, 2011<br>Time:  10:00 a.m.<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY stipulated and agreed to between all parties, that the briefing schedule on the motion be modified as follows, and the Motion Hearing be set for Thursday, August 4, 2011, at 10:00 a.m.  The following is the new schedule:

    Defense Motion due.. . . . . . . . . . . . . . . April 22, 2011

    Government's Opposition due. . . . . . . . . . . May 27, 2011

    Defense Reply due. . . . . . . . . . . . . . . June 10, 2011

    Motion Hearing.. . . . . . . . August 4, 2011, at 10:00 a.m.

/ / /

/ / /

/ / /

1    The parties further stipulate and agree that time should be excluded
2 from the date of this order until the Motion Hearing set for August 4,
3 2011, pursuant to 18 U.S.C. § 1361(h)(7)(B)(ii) and(iv) and Local Codes
4 T2 and T4, for case complexity and preparation of counsel.

Dated:  April 8, 2011

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                         */s/ Matthew Bockmon*
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        THAU CAM

Dated:  April 8, 2011                    */s/ Matthew C. Bockmon for*
                                        SCOTT L. TEDMON
                                        Attorney for Defendant
                                        BANG TANG

Dated:  April 8, 2011                    */s/ Matthew C. Bockmon for*
                                        HAYES H. GABLE, III
                                        Attorney for Defendant
                                        TAN TO

Dated:  April 8, 2011                    */s/ Matthew C. Bockmon for*
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        TIM TUYEN

Dated:  April 8, 2011                    */s/ Matthew C. Bockmon for*
                                        JOHN RICHARD MANNING
                                        Attorney for Defendant
                                        ARTHUR LO

Dated:  April 8, 2011                    */s/ Matthew C. Bockmon for*
                                        JAMES RALPH GREINER
                                        Attorney for Defendant
                                        CALVIN TRUONG

```
 1  Dated: April 8, 2011              /s/ Matthew C. Bockmon for
                                     PETER KMETO
 2                                   Attorney for Defendant
                                     QUINTILLIAN HUYNH
 3
 4  Dated: April 8, 2011              /s/ Matthew C. Bockmon for
                                     KRISTA HART
 5                                   Attorney for Defendant
                                     PETER TRUONG
 6
 7  Dated: April 8, 2011              /s/ Matthew C. Bockmon for
                                     J TONEY
 8                                   Attorney for Defendant
                                     REUTHA YUN
 9
10  Dated: April 8, 2011             BENJAMIN B. WAGNER
                                     United States Attorney
11
                                      /s/ Matthew C. Bockmon for
12                                   JILL THOMAS
                                     Assistant U.S. Attorney
13                                   Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-3-